DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
OWENS, RUSSELL D

Case No. 07-01479-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $50.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| OWENS, RUSSELL D | 514 HORIZON AVE<br>MOXEE, WA<br>98936 | $50.00 |

Dated: October 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875268   11-8-10                    $50.00